AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1    Revised by WAED - 06/16

# UNITED STATES DISTRICT COURT

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA

v.

JASON E. TATE

**Judgment in a Criminal Case**
(For a Petty Offense)

Case No.    2:21-PO-167-JAG-1

USM No.    DO NOT SUBMIT

Christian Phelps
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded    ☑ guilty  ☐ nolo contendere to count(s)  Ct. 1 of Citation 9289407

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR § 4.23(a)(1) | Operating a Motor Vehicle Under Influence of Alcohol | 07/28/2021 | 1 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s)  2, Citation 9289409    ☑ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9869

Defendant's Year of Birth:    1969

City and State of Defendant's Residence:
Creston, Washington

04/19/2022
_____
Date of Imposition of Judgment

_____
Signature of Judge

James A. Goeke        Magistrate Judge, U.S. District Court
_____
Name and Title of Judge

04/29/2022
_____
Date

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 4 — Schedule of Payments

DEFENDANT: JASON E. TATE
CASE NUMBER: 2:21-PO-167-JAG-1

Judgment — Page ___3___ of ___5___

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    ☑    Lump sum payment of $ __3,040.00__    due immediately, balance due

      ☐  not later than _____ , or
      ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or    ☑ F below); or

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to
a term of supervision; or

E    ☐    Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☑    Special instructions regarding the payment of criminal monetary penalties:

Defendant shall pay the mandatory $10 special penalty assessment and mandatory $30 CVB processing fee no later than April
26, 2022, to the CVB at www.cvb.uscourts.gov. The $3,000 fine shall be paid to the CVB no later than October 21, 2023,
payable online at www.cvb.uscourts.gov

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of
Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk,
U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245I    (Rev. 02/16) Judgment in a Criminal Case for a Petty Offense
            Sheet 5—Probation

DEFENDANT:            JASON E. TATE                          | Judgment—Page  __4__ of __5__ |
CASE NUMBER:  2:21-PO-167-JAG-1

## PROBATION

The defendant is hereby sentenced to probation for a term of :    2 year(s)

Probation is limited to Standard Conditions 1, 2, and 9 as set forth below, as well as Special Conditions 1-5 listed on page 5.

## STANDARD CONDITIONS OF SUPERVISION

(1)  The defendant shall not commit another federal, state or local crime.

(2)  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. ~~The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.~~

☑   The above drug testing is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

(3)  ☐   The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers.) *(Check, if applicable.)*

(4)  ☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable, see 42 U.S.C. § 14135a(d)(all felonies, crimes under Ch. 109A, crimes of violence, and attempts or conspiracy to commit these crimes.))*

(5)  ☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act *(42 U.S.C. § 16901, et seq.)* as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

(6)  ☐   The defendant shall participate in an approved program for domestic violence if one exists within a 50-mile radius of defendant's legal residence. *(Check, if applicable, see 18 U.S.C. § 3583(d) for defendants convicted of a domestic violence crime defined in § 3561(b).)*

(7)  If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fine, or special assessments.

(8)  ~~The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells the defendant to report to a different probation office or within a different time frame.~~

(9)  After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

(10)  ~~The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.~~

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 5B — Probation Supervision

Judgment — Page   5   of   5

DEFENDANT: JASON E. TATE
CASE NUMBER: 2:21-PO-167-JAG-1

## SPECIAL CONDITIONS OF PROBATION

1. Successfully complete alcohol awareness course within 6 months after entry of Judgment and comply with any treatment recommendations.

2 Successfully complete 70 hours of a community service with a not-for-profit organization with which Defendant has no affiliated ties within 18 months after the Court's entry of Judgment.

3. Successfully complete substance abuse assessment within 30 days of entry of Judgment.  Defendant shall follow all treatment recommendations of assessment and will provide copy of assessment to U.S. Probation.

4. If defendant is arrested or has any official contact with a law enforcement officer in a criminal investigative capacity, the defendant must notify the United States Attorney, through defense counsel, within 72 hours.

5. U.S. Probation shall conduct an initial home visit assessment of Defendant's residence.